**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV11-05505 JAK (FMOx) | Date | February 27, 2012 |
|---|---|---|---|
| Title | Elyse R.J. v. Motion Picture Industry Health Plan | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On February 24, 2012, plaintiff filed "Notice of Settlement" (Dkt. 22).  The Court sets an Order to Show Cause re Dismissal for April 16, 2012 at 1:30 p.m..  If the parties file a dismissal by April 12, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The September 6, 2012 Court Trial is taken off calendar and all dates are vacated.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | ak | |